# United States District Court
## Southern District of Georgia

CHARLES F. DAVIS,

        Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-185

NATHAN BROOKS,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order adopting the Report and Recommendations as the Court's opinion, that Petitioner's objections are overruled and Petitioner's petition filed pursuant to 28 USC § 2254 without prejudice for failure to exhaust is dismissed. The Court denies Petitioner a certificate of appealability, and is not entitled to appeal in forma pauperis. This actions stands closed.

| | |
|---|---|
| 12/12/2018 | Scott L. Poff |
| Date | Clerk |
| | /s/ Jamie Hodge |
| | (By) Deputy Clerk |